ROBERT B. JAVAN - 148806
KATCHIS, HARRIS & YEMPUKU
2180 Harvard Street, Suite 460
Sacramento, CA 95815
Telephone: 916-649-8333
Facsimile: 916-649-1027

Attorneys for Plaintiff, GOLDEN EAGLE INSURANCE

U.S. DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| GOLDEN EAGLE INSURANCE<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br><br>Defendants. | CASE NO. 5:13-cv-00692-PSG<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR APPEARANCE BY COURTCALL FOR CASE MANAGEMENT CONFERENCE<br><br><br>DATE: March 12, 2013<br>TIME: 2:00 P.M.<br>COURTROOM: 5, 4th Floor:<br>JUDGE: Magistrate Judge Paul S. Grewal |

**IT IS HEREBY ORDERED** that the request of Plaintiff, GOLDEN EAGLE INSURANCE, for a telephonic appearance at the March 12, 2013 Case Management Conference is hereby GRANTED.

Dated: February 28, 2013

*/s/ Paul S. Grewal*
MAGISTRATE JUDGE PAUL S. GREWAL

1

ORDER GRANTING REQUEST FOR APPEARANCE BY COURTCALL