1  GLYNN & FINLEY, LLP
   JAMES M. HANLON, JR., Bar No. 214096
2  LAUREN E. WOOD, Bar No. 280096
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975

Attorneys for Defendant
General Electric Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOSE FRUIT BARS, INC. and EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 5:13-cv-00138-PSG<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED; STIPULATION; and [~~PROPOSED~~] ORDER** |

Pursuant to Northern District of California Local Rules 3-12 and 7-11 and the stipulation filed currently herewith, the parties hereby jointly move the Court to consider whether this action is related to and should be consolidated with two other actions recently removed to the Northern District of California. Those two actions are *Transportation Insurance Company v. General Electric Company*, No. 5:13-cv-00691-PSG, and *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG. These cases were consolidated in state court with plaintiffs' action herein, prior to the removal of each of these actions to this Court. All of these actions arise from an October 8, 2011 fire at a commercial building located in San Jose. Each plaintiff has sued General Electric Company ("GE"), alleging that a GE product caused the October 8, 2011 fire.

///

1   All three actions are currently pending before the Honorable Paul S. Grewal, United States Magistrate Judge. Further consolidation of these three actions for discovery, pre-trial procedure, and trial will avoid unduly burdensome duplication of labor and expenses and potentially conflicting results if the cases were to proceed separately.

The parties in this action have obtained consent to consolidate these actions from plaintiffs' counsel in *Transportation Insurance Company v. General Electric Company* and *Golden Eagle Insurance v. General Electric Company*.

Respectfully submitted,

Dated: February 28, 2013

GLYNN & FINLEY, LLP
JAMES M. HANLON JR.
LAUREN E. WOOD

_/s/ Lauren E. Wood_
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: February 28, 2013

GIBSON ROBB & LINDH LLP
JOSHUA E. KIRSCH

_/s/ Joshua E. Kirsch_
Attorneys for Plaintiffs
SAN JOSE FRUIT BARS, INC. and
EMPLOYERS MUTUAL CASUALTY COMPANY

**STIPULATION IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED**

WHEREAS, the following actions pending before the Hon. Paul S. Grewal concern substantially the same parties, occurrence, or event:

- *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG
- *Transportation Insurance Company v. General Electric Company*, No. 5:13-cv-00691-PSG
- *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG

WHEREAS, consolidation of these actions for discovery, pre-trial procedure, and trial will avoid unduly burdensome duplication of labor and expenses and potentially conflicting results if the cases were to proceed separately,

Therefore, the undersigned parties, by and through their counsel stipulate as follows:

(1) The actions *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG; *Transportation Insurance Company v. General Electric Company*, No. 5:13-cv-00691-PSG; and *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG are related cases as defined by Northern District of California Local Rule 3-12(a);

(2) The actions *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG; *Transportation Insurance Company v. General Electric Company*, No. 5:13-cv-00691-PSG; and *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG shall be consolidated for all proceedings leading up to and through trial;

(3) The first filed action *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG shall be designated as the lead case in the consolidated action.

///

SO STIPULATED:

Dated: February 28, 2013

GLYNN & FINLEY, LLP
JAMES M. HANLON JR.
LAUREN E. WOOD

/s/ Lauren E. Wood
Attorneys for Defendant
GENERAL ELECTRIC COMPANY in Case Nos. 5:13-cv-00138-PSG, -00691-PSG, and -00692-PSG

Dated: February 28, 2013

GIBSON ROBB & LINDH LLP
JOSHUA E. KIRSCH

/s/ Joshua E. Kirsch
Attorneys for Plaintiffs
SAN JOSE FRUIT BARS, INC. and EMPLOYERS MUTUAL CASUALTY COMPANY in Case No. 5:13-cv-00138-PSG

Dated: February 28, 2013

LAW OFFICES OF KATCHIS, HARRIS & YEMPUKU
ROBERT B. JAVAN

/s/ Robert B. Javan
Attorneys for Plaintiff
GOLDEN EAGLE INSURANCE in Case No. 5:13-cv-00692-PSG

Dated: February 28, 2013

LAW OFFICES OF JEFFREY F. PACCASSI
RICHARD A. LEVINE

/s/ Richard A. Levine
Attorneys for Plaintiff
TRANSPORTATION INSURANCE COMPANY in Case No. 5:13-cv-00691-PSG

Lauren E. Wood attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, it is hereby ordered that the actions *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG; *Transportation Insurance Company v. General Electric Company*, No. 5:13-cv-00691-PSG; and *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG are related cases as defined by Northern District of California Local Rule 3-12(a) and are hereby consolidated for all proceedings leading up to and through trial.

The first filed action *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG shall be designated as the lead case in the consolidated action.

IT IS SO ORDERED.

Dated: March 5, 2013

Hon. Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE

JOINT ADMIN. MTN RE: RELATED CASES; STIP.; AND [~~PROPOSED~~] ORDER